UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

ALYDA PATRICIA GENOVA, ET AL.,

              Plaintiffs,

      - against -

CONCOURSE REHABILITATION & NURSING
CENTER INC.,

              Defendant.
―――――――――――――――――――――――――――――

24-cv-5725 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiffs have failed to serve the summons and complaint. The time to serve is extended until **November 15, 2024**. If service is not made by **November 15, 2024**, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            November 1, 2024

                                                          John G. Koeltl
                                               United States District Judge