```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ALYDA PATRICIA GENOVA, ET AL.,

        Plaintiffs,

- against -

CONCOURSE REHABILITATION & NURSING CENTER INC.,

        Defendant.

24-cv-5725 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiffs served the summons and complaint on the defendant on August 9, 2024. ECF No. 6. However, the plaintiffs did not file proof of service on the docket until November 15, 2024. See id.

The time for the defendant to answer or respond to the complaint is extended to **December 9, 2024**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **November 25, 2024**.

SO ORDERED.

Dated: New York, New York
November 18, 2024

/s/ John G. Koeltl
John G. Koeltl
United States District Judge