UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALYDA PATRICIA GENOVA, et al,
                Plaintiff(s)

        24 civ 5725 (JGK)

    -against-

CONCOURSE REHABILITATION
& NURSING CENTER, INC., et al,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for December 3, 2024, at 3:00pm is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 21, 2024